JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LISA HENDERSON, ) | Case No. CV 07-8325-MLG |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: September 12, 2008

_____
MARC L. GOLDMAN
United States Magistrate Judge